McCRAY, executrix, *v.* ALLEN, administratrix.

BECK, J. 1. Where three cases were, by order of court duly granted, consolidated and tried together, and three of the losing parties made separate motions for new trials, all of which were overruled, and only one of the movants filed a bill of exceptions bringing the cases to this court, only the assignments of error made in the bill of excep-

tions and in the motion for a new trial filed by the excepting party can be considered.

2. No errors of law are complained of by the excepting party, and the evidence authorized the verdict.

*Judgment affirmed. All the Justices concur, except Hill, J., not presiding.*
JANUARY 11, 1912.

Equitable petition. Before Judge Martin. Laurens superior court. November 5, 1910.

*W. C. Davis* and *Ira S. Chappell,* for plaintiff in error.
*George B. Davis,* contra.